IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA FLANIGAN, as widow and next friend of WILLIAM TIMOTHY FLANIGAN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WESTWIND TECHNOLOGIES, INC., HONEYWELL INTERNATIONAL, INC., MCDONNELL DOUGLAS HELICOPTER COMPANY, AND BOEING COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:07-CV-01124-JDT-STA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINDER OF DEFENDANTS
MCDONNELL DOUGLAS HELICOPTER COMPANY
AND THE BOEING COMPANY IN DEFENDANT
HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON
WHICH RELIEF CAN BE GRANTED PURSUANT TO RULE 12(b)(6)**

Defendants McDonnell Douglas Helicopter Company ("MDHC") and The Boeing Company ("Boeing"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, join in Defendant Honeywell International Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Rule 12(b)(6) based upon the political question doctrine and the "combatant activities" exception to the Federal Tort Claims Act. Defendants MDHC and Boeing incorporate by reference in full the facts and legal arguments in

Defendant Honeywell International Inc.'s motion and accompanying memorandum of law.

For the reasons set forth in Defendant Honeywell International Inc.'s motion, Defendants McDonnell Douglas Helicopter Company and The Boeing Company move the Court to dismiss Plaintiff's Complaint with prejudice.

DATED this 4th day of September, 2007.

        Respectfully submitted,

        WALLER LANSDEN DORTCH & DAVIS, LLP

By:   s/ J. Randolph Bibb, Jr.
      J. Randolph Bibb, Jr., B.P.R. No. 09350
      Robert F. Chapski, B.P.R. No. 022043
      Nashville City Center
      511 Union Street, Suite 2700
      Nashville, Tennessee  37219
      Telephone : (615) 244-6380
      Facsimile :  (615) 244-6804

      Steven S. Bell, Esq.
      *Pro Hac Vice* pending
      Todd W. Rosencrans, Esq.
      *Pro Hac Vice* pending
      Kelly F. Moser, Esq.
      *Pro Hac Vice* pending
      Perkins Coie, LLP
      1201 Third Avenue, Suite 4800
      Seattle, Washington 98101
      Telephone:  (206) 359-8000
      Facsimile:  (206) 359-9000

      *Attorneys for Defendants*
      *McDonnell Douglas Helicopter Company*
      *and The Boeing Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 4, 2007, a copy of the foregoing JOINDER OF DEFENDANTS MCDONNELL DOUGLAS HELICOPTER COMPANY AND THE BOEING COMPANY IN HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO RULE 12(b)(6) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and who are listed below. Parties may access this filing through the Court's electronic filing system.

      Jeffrey S. Rosenblum, Esq.
      B.P.R. No. 013626
      ROSENBLUM AND REISMAN, PC
      80 Monroe Avenue, Suite 950
      Memphis, Tennessee 38103
      (901) 527-9600

      Cannon F. Allen, Esq.
      B.P.R. No. 012548
      Tricia T. Olson, Esq.
      B.P.R. No. 024643
      ADAMS AND REESE LLP
      80 Monroe Avenue, Suite 700
      Memphis, Tennessee 38103
      (901) 525-3234

      s/J. Randolph Bibb, Jr.
      J. Randolph Bibb, Jr.

Dated: September 4, 2007.